IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMEGY BANK NATIONAL ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-3218 |
| MONARCH FLIGHT II, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

By October 27, 2011, defendant William B. Johnson must file a response to the plaintiff's motion for rehearing and for entry of a temporary restraining order, (Docket Entry No. 40).

SIGNED on October 24, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge