IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMEGY BANK NATIONAL ASSOCIATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3218 |
| | § | |
| MONARCH FLIGHT II, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On October 18, 2011, this court entered a memorandum and order denying Amegy's motion for a preliminary injunction. The decision was based, in part, on Amegy's failure to show that it will suffer irreparable harm in the absence of a preliminary injunction. On October 21, Amegy filed a motion for rehearing and for entry of a temporary restraining order, (Docket Order No. 40). Amegy argues that, contrary to this court's determination, it will suffer irreparable harm if an injunction is not issued and asks this court to reconsider its prior ruling. In support of its motion, Amegy cites portions from the testimony of defendant William B. Johnson at the injunction hearing. To aid this court's resolution of its motion, Amegy must order the transcript, or relevant portions of the transcript, from the injunction hearing and supplement its motion with citations to the transcript no later than October 31.

SIGNED on October 24, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge