IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMEGY BANK NATIONAL ASSOCIATION, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-3218 |
| MONARCH FLIGHT II, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

After this court entered a temporary injunction, William B. Johnson filed an Emergency Request for Clarification, (Docket Entry No. 79), and a supplement to the request, (Docket Entry No. 81). Amegy responded to the request for clarification, (Docket Entry No. 82), and moved to hold Johnson in contempt for failing to comply with the temporary injunction, (Docket Entry No. 86). Based on a review of the motion and response, the record, and the applicable law, this court grants in part the request for clarification. The Amended Temporary Injunction attached to this order as Exhibit A supersedes and replaces the temporary injunction that was previously entered. The court further clarifies that the fact that the temporary injunction set a date for any trial did not rule on Johnson's pending motion to compel arbitration, which is not yet fully briefed. Rather, the trial setting is conditioned on the court denying the pending motion. Amegy's motion for contempt is denied, without prejudice to reurging if Johnson has not complied by January 16, 2011.

SIGNED on January 3, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge