IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMEGY BANK NATIONAL ASSOCIATION, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-11-3218 |
| § | |
| MONARCH FLIGHT II, LLC, *et al.*, § § | |
| Defendants. § | |

## ORDER

A motion hearing is set for **February 1, 2012, at 1:30 p.m.** The parties should be prepared to address (1) all pending motions to dismiss; and (2) R.A., Inc's request for clarification of the Amended Temporary Injunction. Out-of-town counsel may participate by calling the court's designated conference line at (713) 250-5550.

SIGNED on January 25, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge