IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMEGY BANK NATIONAL ASSOCIATION, § § Plaintiff, § § v. § MONARCH FLIGHT II, LLC, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:11-3218 |

**ORDER**

On January 3, 2012 this court entered an Amended Temporary Injunction in this case. (Docket Entry No. 88-1.) The Amended Temporary Injunction prevented William B. Johnson from, *inter alia*, encumbering and disposing of six real properties. The injunction also required Johnson to provide certain written reports to the court and to Amegy's counsel by January 16, 2012. Amegy has filed a motion for contempt, arguing that Johnson failed to comply with the injunction's reporting requirements. (Docket Entry No. 100.) The court orders William B. Johnson to appear on **May 11, 2012 at 2:30 p.m.** at the United States Courthouse, Courtroom 11B, 515 Rusk Street, Houston, Texas, to show cause why he should not be held in contempt for failure to comply with this court's order.

SIGNED on May 3, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge