IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMEGY BANK NATIONAL ASSOCIATION, § § Plaintiff, § § v. § MONARCH FLIGHT II, LLC, *et al.*, § § Defendants. § § § § § § | CIVIL ACTION NO. H-11-3218 |

**ORDER**

This court entered an Agreed Final Judgment on June 29, 2012, (Docket Entry No. 132), and a Turnover Order on February 11, 2013 (Docket Entry No. 139). The Agreed Final Judgment prevented the defendants, including William B. Johnson, from encumbering and disposing of certain real properties identified therein as Constructive Trust Property. The Turnover Order required the defendants to turnover and deliver all nonexempt property and assets in their possession or subject to their control, all documents and records evidencing their interest in the nonexempt property and assets, and to provide certain written reports to the court and to Amegy's counsel by February 21, 2013.

Amegy filed a Motion for Contempt against defendants on February 27, 2013, (Docket Entry No. 143), alleging that the defendants violated the Agreed Final Judgment by selling Constructive Trust Property, and that the defendants violated Turnover Order's production and reporting requirements.

The court orders William B. Johnson to appear in person, and an officer or managerial employee of each of the other defendants to appear in person, on **May 29, 2013**, at 8:30 a.m., at the

United States Courthouse, Courtroom 1B, 515 Rusk Street, Houston, Texas, to show cause why they should not be held in contempt for failure to comply with this court's Agreed Final Judgment and Turnover Order.

SIGNED on May 10, 2013, at Houston, Texas.

                                        Lee H. Rosenthal
                                        United States District Judge