IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMEGY BANK NATIONAL ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-3218 |
| MONARCH FLIGHT II, LLC, *et al.*, | § § | |
| Defendants. | § § | |

**ORDER**

This court entered an Agreed Final Judgment on June 29, 2012, (Docket Entry No. 132), and a Turnover Order on February 11, 2013 (Docket Entry No. 139). The Agreed Final Judgment prevented the defendants, including William B. Johnson, from encumbering and disposing of certain real properties identified as Constructive Trust Property. The Turnover Order required the defendants, including William B. Johnson, to turnover and deliver all nonexempt property and assets in their possession or subject to their control, all documents and records evidencing their interest in the nonexempt property and assets, and to provide certain written reports to the court and to Amegy's counsel by February 21, 2013. Amegy filed a Motion for Contempt against defendants on February 27, 2013, (Docket Entry No. 143), arguing that William B. Johnson and other defendants had violated the Agreed Final Judgment by selling Constructive Trust Property and violated the Turnover Order's production and reporting requirements.

The court issued a show cause order that was served on William B. Johnson. In response, information was submitted explaining William B. Johnson's health problems, inability to travel, inability to recall events or information, and loss of income and assets. Given the medical and other

issues, William B. Johnson was unable to attend the hearing or to respond to the show cause order on the merits. The motion for contempt as to William Johnson is denied.

SIGNED on May 30, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge